Rachel Blyumkin (SBN: 326718)
Email: rachel@thedebtdefense.com
1001 Wilshire Boulevard, Suite 2236
Los Angeles California 90017
Tel: 833-952-9669

Attorneys for Plaintiff,
Peter Morris

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPORE LIFE SCIENCES US, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s). | Case No.:   5:22−cv−00263−JWH−SHK<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

1
**REQUEST FOR DISMISAL WITHOUT PREJUDICE**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**:

    Plaintiff Peter Morris ("Plaintiff") hereby dismisses his Complaint against Defendant Spore Life Sciences US, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(A)(i).

DATED: December 1, 2022

                                        By:   /s/ Rachel Blyumkin
                                                    Rachel Blyumkin
                                                    Attorney for Plaintiff
                                                    Peter Morris